On respondent's request for remand filed November 4, 1991, reversed and remanded
for reconsideration March 4, 1992

In the Matter of the Compensation of
Joann Fryman, Claimant.
STONE CONTAINER,
*Petitioner,*

*v.*

Joann FRYMAN,
*Respondent,*
SOUTHWEST FORESTRY INDUSTRIES,
*Employer,*
*and*
KEMPER INSURANCE COMPANY,
*Insurer.*
(88-10557, 88-10556, 88-10554,
88-05650; CA A66974)
827 P2d 205

Karen M. Werner, Eugene, for the motion.

Adam T. Stamper and Cowling & Heysell, Medford,
*contra.*

Before Rossman, Presiding Judge, and Riggs and
Edmonds, Judges.

PER CURIAM

## PER CURIAM

This case is before the court on employer's petition for judicial review of an order of the Workers' Compensation Board determining claimant's claim to be compensable. At the request of claimant, the case was held in abeyance pending the court's decision in a case presenting similar issues: *Aetna Casualty Co. v. Aschbacher*, 107 Or App 494, 812 P2d 844 (1991). By letters to the court, employer has requested a decision in its favor and claimant has requested that the case be remanded to the Board for reconsideration in light of the *Aschbacher* decision. We treat claimant's letter as a concession of error, and we accept the concession. *See SAIF v. Basham*, 112 Or App 6, 827 P2d 204 (1992).

Reversed and remanded for reconsideration.